UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SUSAN E. YERRY,
                          Plaintiff,

-against-                                  Case No.: 11-cv-864
                                                      (GTS/DRH)

WALGREENS CO., TODOR AVRAMOV,
and JOHN MARRAFFA,
                          Defendants.

---

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order unless any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED**
Dated: May 2, 2012

_____
Glenn T. Suddaby
Senior, U.S. District Judge

s:\data\client12 14801-15100\15019\pleadings\judgment dismissing action by reason of settlement.docx